**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JERFERSON VASQUEZ VASQUEZ,

Petitioner,

v.

MOISES BECERRA, *et al*.,

Respondents.

Case No. 2:26-cv-08814-DMK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

Petitioner Jerferson Vasquez Vasquez is a noncitizen who was previously released on bond, and is now detained in the custody of Immigration and Customs Enforcement (ICE), after having been arrested at a scheduled ICE check-in. *See generally* ECF 1.

Through a counseled habeas petition, Petitioner alleges that his detention violates his statutory and constitutional rights. *See generally, id*. In their answer to the petition, Respondents state that they "are not presenting an opposition argument at this time." ECF 11 at 2. The Court thus construes the petition as unopposed.

So construed, the petition under 28 U.S.C. § 2241 is **GRANTED**. Petitioner Jerferson Vasquez Vasquez (A# 215-732-209) is hereby **ORDERED RELEASED**

from ICE custody immediately on conditions of release no more restrictive than those in effect when he was most recently detained. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: August 18, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE