**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JERFERSON VASQUEZ VASQUEZ,<br>Petitioner,<br>v.<br>MOISES BECERRA, *et al.*,<br>Respondents. | Case No. 2:26-cv-08814-DMK<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents shall immediately release Petitioner Jerferson Vasquez Vasquez (A# 215-732-209) from custody on conditions of release no more restrictive than those in effect when he was most recently detained, and immediately return any confiscated property and documents to Petitioner upon release. Respondents shall file a notice of compliance by August 20, 2026.

DATED: August 18, 2026

HONORABLE DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE